IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RC PROFESSIONAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-359C |
| | ) | ( Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Anuj Vohra, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Anuj Vohra
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7100
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Anuj Vohra

ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-0521
Facsimile: (202) 305-7644
E-mail: Anuj.Vohra@usdoj.gov

Dated: June 4, 2008

CERTIFICATE OF FILING

I hereby certify that on the 4th day of June, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anuj Vohra