IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RC PROFESSIONAL SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-359C |
| | ) | ( Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of this Court, defendant, the United States, respectfully requests a 56-day enlargement of time within which to respond to the complaint of plaintiff, RC Professional Services, Inc. ("RC"). Our response is currently due on July 18, 2008. The extension would bring the date for responding to plaintiff's complaint to September 12, 2008. This is the defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff does not oppose this motion.

This request for enlargement is necessary because Government counsel has received neither a litigation report nor draft response to plaintiff's complaint from the agency. According to agency counsel, agency personnel work schedules have prevented the agency from providing the Department of Justice with its litigation report and draft response and that both are still being prepared. Because a litigation report and draft response to plaintiff's complaint is essential for formulating a response to plaintiff's claims, counsel for the Government has been unable to prepare an appropriate response to the complaint. The additional time requested is necessary to enable the agency to provide the undersigned trial counsel with the necessary materials, enable the undersigned trial counsel to review the agency's materials, determine an appropriate response coordinate its contents with agency counsel, and to obtain the necessary internal approval.

The additional time requested by this motion also takes into account the undersigned trial counsel's work schedule, which has included over the last month and will include over the next month, briefing of two appeals pending before the United States Court of Appeals for the Federal Circuit, Biltmore Forest Broadcasting v. United States, 2008-5055, and Wells v. Peake, 2008-7098, discovery obligations in United States v. Isaac Industries, Inc., 07-00429 (Ct. Int'l Trade), and numerous responsibilities in Chevron U.S.A. Inc. v. United States, No. 04-1365C (Fed. Cl.). The undersigned trial counsel also intends to take at least one week of paternity leave, beginning on July 7, 2008.

For these reasons, we respectfully request that the Court grant defendant's unopposed motion for an enlargement of time of 56 days, through and including September 12, 2008, within which to respond to plaintiff's complaint.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Anuj Vohra
ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-0521
Facsimile: (202) 305-7644

July 2, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on the 2nd day of July, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anuj Vohra