# In the United States Court of Federal Claims

No. 08-359C

(Filed: July 21, 2008)

```
*************************************** *
                                        *
RC PROFESSIONAL SERVICES, INC.,         *
                                        *
                     Plaintiff,         *
                                        *
 v.                                     *
                                        *
THE UNITED STATES,                      *
                                        *
                     Defendant.         *
                                        *
*************************************** *
```

**ORDER**

On July 2, 2008, Defendant filed an unopposed motion for an enlargement of time to respond to Plaintiff's complaint. For good cause shown, Defendant's motion is GRANTED. Defendant shall respond to Plaintiff's complaint on or before September 12, 2008. The Court will expect Defendant to meet the enlarged date, without the need for any additional extensions.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge